UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>JIMMY LOUIS NORTHCUTT, JR.,<br><br>*Defendant*. | **UNDER SEAL**<br><br>Case No. 21-MJ-18-KEW |

## MOTION TO FILE UNDER SEAL

**COMES NOW** the United States of America, by and through T. Cameron McEwen, Assistant United States Attorney for the Eastern District of Oklahoma, and requests the Complaint, Affidavit, Arrest Warrant and this Motion to File Under Seal, and the Order Sealing in the above-captioned case be filed under seal. The Government makes this request because disclosure of the existence of this complaint may jeopardize officer safety.[1]

**WHEREFORE**, the United States of America respectfully requests the Complaint, Affidavit, Arrest Warrant, this Motion to File Under Seal and Order thereof, submitted in the above-captioned case be filed under seal.

Respectfully Submitted,

BRIAN J. KUESTER
United States Attorney

s/   T. CAMERON McEWEN
T. CAMERON McEWEN
AL Bar # 7161-R67M
Assistant United States Attorney
520 Denison Ave.
Muskogee, OK 74401
Office: (918) 684-5100 / Fax: (918) 684-5150
Email: Cameron.McEwen@usdoj.gov

---

[1] See *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598, 98 S.Ct. 1306, 55 L.Ed.2d 570 (1978)(courts have inherent power, as incident to their constitutional function, to control papers filed with the courts within certain constitutional and other limitations); *In re Knight Pub. Co.*, 743 F.2d 231 (4th Cir.1984)(trial court has supervisory power over its own records and may, in its discretion, seal documents if the public=s right of access is outweighed by competing interests); *Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir.1989)(a judicial officer may deny access when sealing a document is essential to preserve higher values and is narrowly tailored to serve that interest); and *Times Mirror Co. v. United States*, 873 F.2d 1210 (9th Cir.1989)(upon showing by the government that an ongoing criminal investigation exists, a search warrant and related documents may be sealed).