FILED

FEB 24 2021

PATRICK KEANEY
Clerk, U.S. District Court
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | SEALED |
| v. | Case No. CR 21-024-RAW |
| JIMMY LOUIS NORTHCUTT, JR., | |
| Defendant. | |

### INDICTMENT

The Federal Grand Jury charges:

#### COUNT ONE

**FELON IN POSSESSION OF A FIREARM**
[18 U.S.C. §§ 922(g)(1) & 924(a)(2)]

On or about July 18, 2019, in the Eastern District of Oklahoma, the defendant, **JIMMY LOUIS NORTHCUTT, JR.**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting commerce, a firearm, to wit: one (1) Ruger, Model P95DC, 9mm Luger caliber, semi-automatic pistol, serial number 311-76425, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

#### COUNT TWO

**POSSESSION OF STOLEN FIREARM**
[18 U.S.C. §§ 922(j) & 924(a)(2)]

On or about July 18, 2019, in the Eastern District of Oklahoma, the defendant, **JIMMY LOUIS NORTHCUTT, JR.**, did knowingly possess a stolen firearm, to wit: one (1) Ruger, Model P95DC, 9mm Luger caliber, semi-automatic pistol, serial number 311-76425, which had

been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## FORFEITURE ALLEGATION
[18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations alleged in Counts One and Two of this Indictment, involving violations of Title 18, United States Code, Sections 922(g)(1), 922(j), and 924(a)(2), the defendant, **JIMMY LOUIS NORTHCUTT, JR.**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to: one (1) Ruger, Model P95DC, 9mm Luger caliber, semi-automatic pistol, serial number 311-76425.

TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

BRIAN J. KUESTER
United States Attorney

T. Cameron McEwen, AL Bar #7161-R67M
Assistant United States Attorney