# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>JIMMY LOUIS NORTHCUTT, JR.,<br><br>*Defendant*. | Case No. 21-CR-024-RAW |

### MOTION TO UNSEAL CASE

**COMES NOW**, the United States of America by and through Brian J. Kuester, United States Attorney and T. Cameron McEwen, Assistant United States Attorney, and moves to unseal the above captioned and numbered case. In support of said request, the Government would submit the following:

1. On February 24, 2021, a sealed Indictment was filed in the U.S. District for the Eastern District of Oklahoma.

2. On February 24, 2021, a "Warrant for Arrest" was filed in the U.S. District Court for the Eastern District of Oklahoma commanding the arrest of the defendant.

3. The defendant is in custody and the United States Magistrate Judge for the Eastern District of Oklahoma has set an arraignment for the defendant on March 26, 2021. The case should be unsealed for purpose of providing the defendant notice of the current charges.

**WHEREFORE**, premises considered, the United States of America respectfully requests the Court unseal the case.

        Respectfully Submitted,

        BRIAN J. KUESTER
        United States Attorney

s/  <u>T. CAMERON McEWEN    </u>
    T. CAMERON McEWEN
    AL Bar # 7161-R67M
    Assistant United States Attorney
    Eastern District of Oklahoma
    520 Denison Ave.
    Muskogee, OK 74401
    Office: (918) 684-5100
    Fax: (918) 684-5150
    Email: Cameron.McEwen@usdoj.gov