UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   CR-21-24-RAW |
| v. | ) | |
| | ) | Date:   03/26/2021 |
| JIMMY LOUIS NORTHCUTT, JR. | ) | |
| | ) | Time:   4:17 p.m. – 4:21 p.m. |
| Defendant. | ) | |

## MINUTE SHEET – VIDEO CONFERENCE ARRAIGNMENT

Steven P. Shreder, Judge        P. Bruce, Deputy Clerk        Reporter - none
                                                              FTR - Courtroom 4

Counsel for Plaintiff:   Benjamin Gifford, AUSA
Counsel for Defendant:   Carla R. Stinnett, Appointed

☒ Fin. Afd / Deft orally requested counsel     Objections ☐ yes  ☒ no     ☒ Court appointed counsel
☐ Interpreter: _____ ; ☐ sworn
Defendant appeared via video:  ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;

☒ Defendant acknowledged receipt of the Indictment and has had an opportunity to discuss it with counsel
☒ Defendant advised of constitutional rights, charges, possible penalties
☒ Defendant entered not guilty plea as to Count ___1-2___ of the Indictment

**Trial / Motions:**
☒ **Jury Trial set May 4, 2021, at 9:00 a.m., before Judge Ronald A. White**
☒ Court advised defendant will have 14 days to file motions and Government will have 7 days to respond

**Discovery:**
☒ Court inquired of counsel as to the status of discovery production pursuant to Local Criminal Rule 16.1(A)(1) requiring the Government to provide discovery to defendant contemporaneously with the arraignment.
        ☐ Government has complied        ☒ Government has not complied
    Parties ☐ do  ☒ do not foresee any problems which the Court should anticipate.

☒ Court reminds Government of their discovery obligations pursuant to the Due Process Protections Act

**Detention / Bond:**
☐ Parties have reviewed Pretrial Services Report regarding detention        Objections ☐ yes  ☐ no
☐ Defendant allowed to post bond in the amount of _____
    ☐ Order Setting Conditions of Release
☒ Government orally moved for Detention
☒ Defendant orally waived the issue of Detention
☐ **Detention hearing set** _____, at _____
☐ Defendant present on writ and reserves as to issue of detention at this time
☐ Defendant agreed issue of bond is moot
☒ Defendant to remain in custody and was remanded to the custody of USMS

☒ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: PB