OKED 442 (Rev. 09/15)



RECEIVED
U.S. MARSHALS
EASTERN OKLAHOMA
2021 FEB 25   PM 12:58

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF OKLAHOMA

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | **SEALED** |
| | ) | |
| | ) | Case No. CR-21-024-RAW |
| JIMMY LOUIS NORTHCUTT, JR. | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
**JIMMY LOUIS NORTHCUTT, JR.**,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 – Felon in Possession of a Firearm with Forfeiture Allegation
Ct. 2 – Possession of Stolen Firearm with Forfeiture Allegation

**FILED**
MAR 29 2021
PATRICK KEANEY
Clerk, U.S. District Court
By _____
Deputy Clerk



DATE: 02/24/2021
Muskogee, Oklahoma

*WARRANT ISSUED:*
PATRICK KEANEY, Clerk

By: *Debra L. Stephens*
_____
*Deputy Clerk*

### Return

This warrant was received on *(date)* 2/25/2021, and the person was arrested on *(date)* 3-25-21
at *(city and state)* Ada, OK.

Date: 3/26/2021

*Lucas Keck    SA ATF*
*Arresting officer's signature*
Lucas Keck   SA ATF
*Printed name and title*