# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

RECEIVED
U.S. MARSHALS
EASTERN OKLAHOMA
2021 FEB 18  AM 8:38

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JIMMY LOUIS NORTHCUTT, JR.,<br><br>*Defendant.* | **SEALED**<br>**WARRANT OF ARREST**<br><br>Case No.  21-MJ-18-KEW |

To:   The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: **JIMMY LOUIS NORTHCUTT, JR.**

and bring him forthwith to the nearest magistrate judge to answer a:

☐ Indictment    ☐ Information    **X** Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with:  Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

KIMBERLY E. WEST
Name of Issuing Judicial Officer

*/s/ Kimberly E. West*
Signature of Issuing Judicial Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Judicial Officer

February 18, 2021, Muskogee, Oklahoma
Date and Location

Bail fixed at $ _____  **FILED**  by: _____
Name of Judicial Officer

MAR 29 2021
PATRICK KEANEY
Clerk, U.S. District Court
By: _____ Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

Ada, OK

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/18/2021 | Lucas Keck /SA ATF | /s/ Lucas Keck |
| DATE OF ARREST<br>3-25-21 | | |