# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

Before the Honorable Ronald A. White
United States Courthouse, Courtroom 2, Room 224,
Muskogee, Oklahoma

## ORDER FOR CRIMINAL PRETRIAL CONFERENCE

**IT IS ORDERED:**

That the requested Jury Instructions, Verdict Forms and Trial Briefs, OR Motion for Continuance OR Notice of Intent to Plead, **are due Friday, April 16, 2021 by 12:00 Noon**.

If any electronic media will be offered as evidence at trial, that media shall be submitted to the Court for an in camera review at least (3) business days prior to the PTC.

Prior to the PTC, counsel shall consult with their client regarding the possibility of a Magistrate Judge handling jury selection. If applicable, **Counsel are directed to provide the Court with a signed Consent form at the PTC. (consent form is located on the Court's website)**

---

## TUESDAY, APRIL 27, 2021

9:00 AM

CR-19-99-RAW            United States of America v. Ervin Johnson

---

9:15 AM

CR-20-19-RAW            United States of America v. John Leroy Pruitt

---

9:30 AM

CR-20-32-RAW            United States of America v. Victor Leonardo Garibay

---

9:45 AM

CR-20-78-RAW            United States of America v. Patrick Dwayne Murphy

---

Page 2

10:00 AM

CR-20-108-RAW          United States of America v. Michael David Jackson

10:15 AM

CR-20-122-RAW          United States of America v. Joseph Eugene Meyer

10:30 AM

CR-20-132-RAW          United States of America v. Kendall Len Burgess

10:45 AM

CR-21-10-RAW           United States of America v. Aaron Isaiah Johnson

11:00 AM

CR-21-14-RAW           United States of America v. Russell Garvis Griffith Jr.

11:15 AM

CR-21-15-RAW           United States of America v. Robert Wayne Thompson

11:30 AM

CR-21-18-RAW           United States of America v. Christopher Jason Hathcoat

11:45 AM

CR-21-19-RAW           United States of America v. Charles R. Humbyrd II

1:00 PM

CR-21-24-RAW           United States of America v. Jimmy Louis Northcutt Jr.

**Page 3**

1:15 PM

CR-21-27-RAW  United States of America v. Wesley John Yargee

1:30 PM

CR-21-28-RAW  United States of America v. Grant Willis Bassett

1:45 PM

CR-21-30-RAW  United States of America v. Troy Dewayne Penick

2:00 PM

CR-21-33-RAW  United States of America v. Clay Brandon Morton

DATED this 8th day of April, 2021.

*Ronald A. White*
Ronald A. White
United States District Judge
Eastern District of Oklahoma